UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TONY DEJUAN JACKSON, | Case No. 23-CV-0366 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| PAUL SCHNELL, MICHELLE SMITHL, and GUY BOSCH, | |
| Defendants. | |

---

Tony Dejuan Jackson, pro se.

This matter is before the Court on plaintiff Tony Dejuan Jackson's objection to the April 21, 2023 Report and Recommendation ("R&R") of Magistrate Judge David T. Schultz.  ECF No. 13.  Judge Schultz recommends dismissing Jackson's claims without prejudice, denying Jackson's pending motions at Docket Nos. 5–8 and 11 as moot, and imposing a filing restriction on Jackson.  The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Based on that review, the Court overrules Jackson's objection and adopts the R&R.

Only one matter merits comment.  Jackson is well known in this District for his "kitchen-sink" pleadings.  *See, e.g., Jackson v. FindJodi.com, Inc.*, No. 21-cv-1777 (SRN/LIB), 2021 WL 7542396, at *6 (D. Minn. Nov. 8, 2021), *adopted*, 2022 WL 336832,

*aff'd*, 2022 WL 4455209; *Jackson v. Schnell*, No. 22-CV-0965 (WMW/JFD), 2022 WL 17418038, at *2 (D. Minn. Aug. 19, 2022), *adopted*, 2022 WL 17091170.  Judges in this District have repeatedly explained to Jackson that his pleadings do not comply with the Federal Rules of Civil Procedure.  *See id.*  In addition, Jackson has been specifically warned that continuing to disregard Rule 20's joinder requirements would result in a filing restriction.  *See Jackson v. Schnell*, No. 22-CV-0965 (WMW/JFD), 2022 WL 17091170, at *2 (D. Minn. Nov. 21, 2022).

In light of that history, there can be no question that Jackson deliberately violated Rule 20(a)(2) when he filed his complaint in this case.  The dismissal recommended by Judge Schultz is thus proportionate to Jackson's transgression, and a filing restriction is clearly warranted.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 15] and ADOPTS the R&R [ECF No. 13].  Accordingly, IT IS HEREBY ORDERED THAT:

1. Jackson's amended complaint [ECF No. 9] is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to comply with the Federal Rules of Civil Procedure and the instructions of the judges of this District.

2. Jackson's pending motions [ECF Nos. 5, 6, 7, 8, 11] are DENIED as moot.

3. Jackson is hereby ENJOINED from filing any further lawsuits, pleadings, or other papers in the United States District Court for the District of Minnesota unless:

   a. Jackson is represented by an attorney who is authorized to practice before this Court; or

   b. Jackson obtains prior written approval from a judicial officer of this District.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 24, 2023                           s/Patrick J. Schiltz
                                              Patrick J. Schiltz, Chief Judge
                                              United States District Court